UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:18-cv-60481-GAYLES

HOWARD MICHAEL CAPLAN,

      Plaintiff,

v.

NEW LEVEL AUTOMOTIVE TECH,
INC. and THE PEREZ FAMILY REALTY
CORP.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Motion to Withdraw as Attorney of Record (the "Motion") [ECF No. 24]. The Court has reviewed the Motion and the record and is otherwise fully advised. As set forth at the hearing on May 12, 2022, the Motion shall be granted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Attorney of Record [ECF No. 24] is GRANTED. Joshua H. Sheskin, Josh Bloom, and the law firm of Lubell Rosen, LLC, are withdrawn from this case.

2. Defendants shall obtain new counsel within fifteen (15) days of the date of this Order. Defendants' failure to comply with this Order shall result in a default being entered against them.

3. Mr. Sheskin shall provide Defendants with a copy of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of May, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE